EMCORE CORPORATION and JDS Uniphase Corporation, Plaintiffs–Appellees,

v.

OPTIUM CORPORATION, Defendant–Appellant.

No. 2010–1258.

United States Court of Appeals, Federal Circuit.

Jan. 26, 2011.

Rehearing Denied March 15, 2011.

Gregory A. Castanias, Jones Day, of Washington, DC argued for plaintiffs-appellees. With him on the brief were Sheryl H. Love, Jones Day, of Cleveland, OH; and Israel Sasha Mayergoyz, of Chicago, IL; and Cecilia R. Dickson, of Pittsburgh, PA.

Douglas J. Kline, Goodwin Procter, LLP, of Boston, MA, argued for defendant-appellant. With him on the brief were Don M. Kennedy, Robert D. Carroll, and Safraz W. Ishmael. Of counsel was Kirsten Valerie K. Robbins, Goodwin Procter, LLP, of Washington, DC.

Before NEWMAN, LOURIE, and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**